**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Wayne Sampson Cooper Jr. | CHAPTER 13 |
| Stephanie Anne Cooper | |
| Debtor(s) | BKY. NO. 24-14055 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of AmeriHome Mortgage Company, LLC and index same on the master mailing list.

                        Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
21 Nov 2024, 13:34:53, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322