## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Wayne Sampson Cooper Jr., Stephanie Anne Cooper, *Debtors*. | Case No. 24-14055-pmm<br>Chapter 13 |

### Order Granting Motion to Approve Loan Modification

**AND NOW**, upon consideration of the Motion to Approve Loan Modification filed by Debtors Wayne Sampson Cooper Jr. and Stephanie Anne Cooper, after notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The agreement filed at ECF No. 18-1 between the Debtors and AmeriHome Mortgage Company LLC with respect to modification of the loan securing the real property located at 135 Glenwood Avenue in Collegeville, Pennsylvania is **APPROVED**.

Date:

Patricia M. Mayer
U.S. Bankruptcy Judge