**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Wayne Sampson Cooper Jr., Stephanie Anne Cooper, *Debtor(s).* | Case No. 24-14055-pmm<br>Chapter 13 |

**Certificate of Service**

I, Brad J. Sadek, certify that on December 18, 2024, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Approve Loan Modification

- Notice of Motion, Response Deadline, and In-Person Hearing Date

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: December 18, 2024        /s/ Brad J. Sadek
                               Brad J. Sadek
                               Sadek Law Offices, LLC
                               1500 JFK Boulevard, Suite 220
                               Philadelphia, PA 19102
                               215-545-0008
                               brad@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| U.S. Trustee | U.S. Trustee | ☒ CM/ECF<br>☐ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Kenneth E. West | Trustee | ☒ CM/ECF<br>☐ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| AmeriHome Mortgage Company LLC | Creditor | ☒ CM/ECF<br>☐ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |