**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | Chapter 13 |
|---|---|---|
| Wayne Sampson Cooper, Jr. | : | |
| Stephanie Anne Cooper | : | Case No.: 24-14055-PMM |
| Debtor(s) | : | |

## **CERTIFICATE OF NO RESPONSE**

    I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Approve Loan Modification* and respectfully request that the Order attached to the Motion be entered.

Dated: January 3, 2025                       /s/ Brad J. Sadek, Esquire
                                                           Brad J. Sadek, Esquire
                                                           Sadek Law Offices, LLC
                                                           1500 JFK Boulevard, Suite #220
                                                           Philadelphia, PA 19102
                                                           brad@sadeklaw.com
                                                           215-545-0008