Certificate Number: 03088-PAE-DE-039333187

Bankruptcy Case Number: 24-14055



03088-PAE-DE-039333187

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2025, at 11:49 o'clock AM CST, Stephanie A Cooper completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 12, 2025              By:   /s/Doug Tonne

                                       Name:   Doug Tonne

                                       Title:   Counselor