# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephanie Anne Cooper<br>Wayne Sampson Cooper, Jr.<br>        Debtors | CHAPTER 13 |
| AmeriHome Mortgage Company, LLC<br>        Moving Party<br>vs. | NO. 24-14055 PMM |
| Stephanie Anne Cooper<br>Wayne Sampson Cooper, Jr.<br>        Debtors | 11 U.S.C. Section 362 |
| Kenneth E. West<br>        Trustee | |

## ORDER

AND NOW, this **30th** day of **April**, 2025 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
United States Bankruptcy Judge