United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Wayne Sampson Cooper, Jr.  
Stephanie Anne Cooper  
    Debtors

Case No. 24-14055-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Apr 30, 2025     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wayne Sampson Cooper, Jr., Stephanie Anne Cooper, 135 Glenwood Avenue, Collegeville, PA 19426-2307 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 02, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2025 at the address(es) listed below:

**Name**     **Email Address**

ANDREW L. SPIVACK  
    on behalf of Creditor AmeriCU Credit Union andrew.spivack@brockandscott.com wbecf@brockandscott.com

ANDREW M. LUBIN  
    on behalf of Creditor Bank of America N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

BRAD J. SADEK  
    on behalf of Joint Debtor Stephanie Anne Cooper brad@sadeklaw.com  
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK  
    on behalf of Debtor Wayne Sampson Cooper Jr. brad@sadeklaw.com,  
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON  
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bkgroup@kmllawgroup.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 30, 2025 | Form ID: pdf900 | Total Noticed: 1

JOHN ERIC KISHBAUGH, I
    on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC ekishbaugh@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MILOS GVOZDENOVIC
    on behalf of Creditor AmeriCU Credit Union mgvozdenovic@weltman.com pitecf@weltman.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Stephanie Anne Cooper<br>            Wayne Sampson Cooper, Jr.<br>                                  <u>Debtors</u> | CHAPTER 13 |
| AmeriHome Mortgage Company, LLC<br>                                  <u>Moving Party</u><br>            vs. | NO. 24-14055 PMM |
| Stephanie Anne Cooper<br>Wayne Sampson Cooper, Jr.<br>                                  <u>Debtors</u> | 11 U.S.C. Section 362 |
| Kenneth E. West<br>                                  <u>Trustee</u> | |

**ORDER**

AND NOW, this  30th  day of  April , 2025 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_____
United States Bankruptcy Judge