WWR# 041541588

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | Case No 24-14055-pmm |
|---|---|
| Wayne Sampson Cooper, Jr.<br>Stephanie Anne Cooper<br>   Debtors | CHAPTER 13 |
| AmeriCU Credit Union<br>   Movant | |
| | Related to Document Number(s): 15 |

**PRAECIPE TO WITHDRAW**
**OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

CHECK ONE:

☒   The undersigned hereby withdraws the above identified pleading(s) with the consent of the opposition, if any.

Dated: 08/15/2025

/s/ Milos Gvozdenovic
Milos Gvozdenovic (0077969)
Attorney for Movant
5990 West Creek Rd, Ste 200
Independence, OH 44131
216-739-5647
mgvozdenovic@weltman.com