## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Stephanie Anne Cooper<br>　　　　Wayne Sampson Cooper Jr.<br>　　　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| AmeriHome Mortgage Company, LLC, its successors and/or assigns<br>　　　　　　　　　　　　Movant<br>　　　vs.<br>Stephanie Anne Cooper<br>Wayne Sampson Cooper Jr.<br>　　　　　　　　　　　　Debtor(s)<br><br>Kenneth E. West<br>　　　　　　　　　　　　Trustee | NO. 24-14055 PMM |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of AmeriHome Mortgage Company, LLC, which was filed with the Court on or about December 9, 2024 .

Dated: August 15, 2025

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/Matthew Fissel
　　　　　　　　　　　　　　　　　　　　Matthew Fissel, Esq.
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　　mfissel@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Stephanie Anne Cooper Wayne Sampson Cooper Jr.<br><br>                              **Debtor(s)**<br><br>**AmeriHome Mortgage Company, LLC**<br>                              **Movant**<br>        **vs.**<br><br>**Stephanie Anne Cooper Wayne Sampson Cooper Jr.**<br><br>                              **Debtor(s)**<br><br>**Kenneth E. West**<br>                              **Trustee** | **BK NO. 24-14055 PMM**<br><br>**Chapter 13** |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 8/15/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 8/15/2025

**/s/ Matthew Fissel**
Matthew Fissel, Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Stephanie Anne Cooper<br>135 Glenwood Avenue<br>Collegeville, PA 19426<br><br>Wayne Sampson Cooper Jr.<br>135 Glenwood Avenue<br>Collegeville, PA 19426 | Debtors | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Brad J Sadek<br>1500 JFK Boulevard<br>Ste 220<br>Philadelphia, PA 19102 | Attorney for Debtors | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West, Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |