United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                                                          Case No. 24-14055-pmm
Wayne Sampson Cooper, Jr.                                                                                Chapter 13
Stephanie Anne Cooper
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                       User: admin                                               Page 1 of 3
Date Rcvd: Sep 23, 2025                             Form ID: 155                                    Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wayne Sampson Cooper, Jr., Stephanie Anne Cooper, 135 Glenwood Avenue, Collegeville, PA 19426-2307 |
| 14948652 | + | AMERIHOME MORTGAGE COMPANY, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15029252 | + | SERVICEMAC, LLC as Servicer, PO Box 100077, Duluth, GA 30096-9377 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14949108 | | Email/Text: bk@americu.org | Sep 24 2025 00:32:00 | AmeriCU Credit Union, 1916 Black River Blvd, Rome, New York 13440 |
| 14945282 | | Email/Text: bk@americu.org | Sep 24 2025 00:32:00 | AmeriCU Credit Union, Attn: Bankruptcy, 1916 Black River Blvd, Rome, NY 13440 |
| 14956871 | + | Email/Text: BKRMailOps@weltman.com | Sep 24 2025 00:32:00 | AMERICU CREDIT UNION, c/o Weltman, Weinberg & Reis Co. LPA, 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| 14945281 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 24 2025 00:42:38 | Aidvantage, Attn: Bankruptcy, Po Box 300001, Greenville, TX 75403-3001 |
| 14949107 | + | Email/Text: EBN@brockandscott.com | Sep 24 2025 00:32:00 | AmeriCU Credit Union, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14945283 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Sep 24 2025 00:32:00 | AmeriHome Mortgage, Attn: Bankruptcy, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 14948537 | ^ | MEBN | Sep 24 2025 00:22:53 | AmeriHome Mortgage Company, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14968613 | + | Email/Text: BKelectronicnotices@cenlar.com | Sep 24 2025 00:32:00 | AmeriHome Mortgage Company, LLC, c/o Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14945284 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 24 2025 00:32:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 14945285 | | Email/Text: bankruptcy@bhg-inc.com | Sep 24 2025 00:32:00 | Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |
| 14948252 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 24 2025 00:32:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14945286 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 24 2025 00:30:32 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 14945287 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 24 2025 00:31:59 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 24-14055-pmm  Doc 53  Filed 09/25/25  Entered 09/26/25 00:39:33  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2025 | Form ID: 155 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| 14947823 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 24 2025 00:32:02 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14945288 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 24 2025 00:42:50 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14945289 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2025 00:42:22 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14960737 | | Email/Text: mrdiscen@discover.com | Sep 24 2025 00:32:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14945290 | + | Email/Text: mrdiscen@discover.com | Sep 24 2025 00:32:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14945291 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 24 2025 00:32:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14958750 | + | Email/Text: RASEBN@raslg.com | Sep 24 2025 00:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14945292 | | Email/Text: Bkynotices@lendingpoint.com | Sep 24 2025 00:32:00 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144 |
| 14948696 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2025 00:42:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14959789 | + | Email/Text: bankruptcy@bbandt.com | Sep 24 2025 00:32:00 | LightStream, a division of Truist Bank, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14945293 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2025 00:42:26 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14958692 | | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 24 2025 00:31:59 | MOHELA, PO BOX 9000, Wilkes-Barre, PA 18773-9000 |
| 14958452 | | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 24 2025 00:42:51 | MOHELA, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14945294 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 24 2025 00:31:26 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14945295 | | Email/Text: ProsperBK@prosper.com | Sep 24 2025 00:32:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 14970576 | | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2025 00:32:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14970577 | | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2025 00:32:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14962885 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2025 00:30:32 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14967169 | | Email/Text: ebn_bkrt_forms@salliemae.com | Sep 24 2025 00:32:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14945296 | + | Email/Text: bankruptcy@bbandt.com | Sep 24 2025 00:32:00 | Truist Bank, Attn: Bankruptcy, 200 Pine St W, Wilson, NC 27893-3288 |
| 14945297 | + | Email/Text: bankruptcy@bbandt.com | Sep 24 2025 00:32:00 | Truist Financial, Attn: Bankruptcy, 214 N Tryon St, Charlotte, VA 28202-0129 |
| 14945298 | | Email/Text: bnc_4301@velocityrecoveries.com | Sep 24 2025 00:32:00 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719 |
| 14945299 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 24 2025 00:42:40 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, |

Case 24-14055-pmm    Doc 53    Filed 09/25/25    Entered 09/26/25 00:39:33    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2025 | Form ID: 155 | Total Noticed: 40 |

| | | | |
|---|---|---|---|
| 14961455 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | IA 50328-0001 | |
| | | Sep 24 2025 01:17:22 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 25, 2025     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor AmeriCU Credit Union andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANDREW M. LUBIN | on behalf of Creditor Bank of America N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| BRAD J. SADEK | on behalf of Debtor Wayne Sampson Cooper Jr. brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| BRAD J. SADEK | on behalf of Joint Debtor Stephanie Anne Cooper brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bkgroup@kmllawgroup.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC ekishbaugh@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MILOS GVOZDENOVIC | on behalf of Creditor AmeriCU Credit Union mgvozdenovic@weltman.com pitecf@weltman.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*Form 155* (2/24)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Wayne Sampson Cooper Jr.<br><br>   Stephanie Anne Cooper<br><br>   Debtor(s). | Case No. 24−14055−pmm<br><br>Chapter: 13 |

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 23, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court