**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Wayne Sampson Cooper, Jr. | | |
| Stephanie Anne Cooper | : | Chapter 13 |
| | : | Case No: 24-14055-pmm |
| Debtor (s) | : | |

**PRAECIPE TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7**

Debtors', Wayne Sampson Cooper, Jr. and Stephanie Ann Cooper, by and through the undersigned counsel hereby requests this Honorable Court to convert the above captioned Bankruptcy filing from a Chapter 13 to a Chapter 7 Bankruptcy. Any applicable schedules and statements required in support will be amended.

Dated: October 19, 2026

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek Law Offices
1500 JFK Blvd., Suite 220
Philadelphia, PA 19107
215-545-0008